PD-0468-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/3/2015 8:01:10 PM
Accepted 6/4/2015 11:53:06 AM
ABEL ACOSTA
CLERK

No. PD-0468-15

TO THE COURT OF CRIMINAL APPEALS

FROM THE FIRST COURT OF APPEALS
NO. 01-14-00296-CR

BOBBY EASLEY
APPELLANT

On Appeal from Cause Number 1376456
From the 184th District Court of Harris County

V.

THE STATE OF TEXAS
APPELLEE

---

APPELLANT'S FINAL MOTION TO EXTEND TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW
ACCOMPANIED BY PDR

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, BOBBY EASLEY, and files this his Motion to Extend Time to File Petition for Discretionary Review, and in support thereof, would respectfully show the Court the following:

I.

The First Court of Appeals affirmed the trial court's judgment in *Easley v. State,* 01-14-00296-CR, 2015 WL 1263140 (Tex. App.—Houston [1st Dist.] Mar. 19, 2015, no. pet. h.). No motion for rehearing was filed. One previous motion for extension has been granted.

II.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension is filed within 15 days of the deadline for the PDR, which was May 20, 2015. Counsel humbly requests this brief extension because, although counsel expected to complete the PDR earlier, her work schedule was interrupted by family illness and local flooding. Additionally, counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Rodney Robins,* 01-14-00582-CR
- *Stephen Hopper,* 14-15-00371-CR
- *Pete Rodriguez,* 14-15-00339-CR
- *Vincent Williams,* 14-15-00220-CR

FILED IN
COURT OF CRIMINAL APPEALS

June 4, 2015

ABEL ACOSTA, CLERK

- *Darryle Robertson,* 14-15-00132-CR
- *Leonard Storemski,* 14-14-00921-CR
- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

### III.

Appellant's attorney requests this brief extension which is necessary so that the petition can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the appellant's petition for discretionary review in the above cause and extend the time for filing to June 3, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas


/s/Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

Attorney for Appellant

### CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Petition for Discretionary Review has been served on the District Attorney of Harris County, Texas, by electronic delivery through the efile

system.

/s/Sarah V. Wood
Sarah V. Wood
Attorney for Appellant